B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hotel Metropolis II, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>Metropolis Hotel II, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**20-8640095** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2099 Market Street<br>San Francisco, CA**<br>ZIP CODE **94114** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**440 Geary Street<br>San Francisco, CA**<br>ZIP CODE **94102** | Mailing Address of Joint Debtor (if different from street<br>address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **See attached list of principal assets** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

487541v1

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hotel Metropolis II, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See attached Statement of Related Cases | Case Number: | Date Filed: |
| District: Northern District of California | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)                Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____
                    (Name of landlord that obtained judgment)

                    _____
                    (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hotel Metropolis II, LLC** |
| --- | --- |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

### Signature of Attorney*

X _____  226406

  Signature of Attorney for Debtor(s)
  Edward C. Singer, Jr.
  Printed Name of Attorney for Debtor(s)
  Lembi Group Legal Department
  Firm Name
  2099 Market Street, San Francisco, CA 94114
  Address
  (415) 252-4220
  Telephone Number
  3/10/2010
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual
  Frank E. Lembi, Trustee of the Olga Lembi Residual Trust Created under Provision Three of the Lembi Family Revocable Trust dated February 17, 1994
  Printed Name of Authorized Individual
  Member of the Manager
  Title of Authorized Individual
  3/10/2010
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
_____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
  Address

X _____

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

Attachment to Chapter 11 Petition

**Hotel Metropolis II, LLC**

**Statement of Related Cases**

The following related entities are filing voluntary Chapter 11 petitions contemporaneously with Debtor.

| Debtor Name | Relationship | Case No. | Judge |
|---|---|---|---|
| **Personality Hotels III, LLC** | **Affiliate** | **TBD** | **TBD** |

Attachment to Chapter 11 Petition

**Location of Principal Assets**

**Of**

**Hotel Metropolis II, LLC**

**Debtor's principal assets consist of a hotel and associated personal property located at 19 Mason Street, San Francisco, CA 94102, commonly referred to as the Metropolis Hotel.**

# United States Bankruptcy Court
## Northern District of California

In re    Hotel Metropolis II, LLC                            Case No. _____

                                       Debtor(s)           Chapter    **11**

## CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of ⟨9⟩ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    March 10, 2010                                                             

                                         Signature of Attorney

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

487543v1

**944 Media, Inc**
P.O. Box 29675
Phoenix, AZ 85038


**AAA**
1000 AAA Drive
Heathrow, FL 32746-5063


**ACC Business**
P.O. Box 13136
Newark, NJ 07101-5636


**Aeco Systems, Inc.**
3512 Breakwater Court
Hayward, CA 94545


**Agentours Inc.**
126 West Portal Avenue
San Francisco, CA 94127


**AICCO, Inc.**
Department 7615
Los Angeles, CA 90084-7615


**Air Apparent Inc.**
5432 West 104th Street
Los Angeles, CA 90045


**Amenity Services**
Lock Box # 50245
Bellevue, WA 98015

**American Hotel Register Co.**
**Acct. # 8060063**
**100 South Milwaukee Avenue**
**Vernon Hills, IL 60061**


**AT&T**
**Acct. # 960 756-4189 555 9**
**Payment Center**
**Jackson, WY 83001**


**A-Total Fire Protection Co.**
**3075 Alhambra Drive, Suite 205**
**Cameron Park, CA 95682**


**AT&T Internet Services**
**P.O. Box 650396**
**Dallas, TX 75265-0396**


**AT&T Long Distance**
**P.O. Box 660688**
**Dallas, TX 75266-0688**


**Autoclerk, Inc.**
**936 Dewing Avenue, Suite G**
**Lafayette, CA 94549**


**Backflow Prevention Specialist**
**3750-E Charter Park Drive**
**San Jose, CA 95136-1356**


**Bell Fire and Life Safety Inc.**
**1551 Rosita Road**
**Pacifica, CA 94044**

Berkshire Hathaway Homestate
P.O. Box 881236
San Francisco, CA 94188


Blue Ribbon Supply
Acct. # 23005
451 East Jamie Court P.O. Box
So. San Francisco, CA 94083


Blueshield of California
File 55331
Los Angeles, CA 90074


Board of Equalization
Acct. # 100-892288
P.O. Box 942879
Sacramento, CA 94279-7072


Booking Europe BV
540 West Madison, 4th Floor
Chicago, IL 60661


Boulevards
452 South First Street
San Jose, CA 95113


Bright Electrical Supply Co.
217 N. Western Avenue
Chicago, IL 60612


Burrelles Luce
75 East Northfield Road
Livingston, NJ 07039

**Buyefficient, LLC**
**Acct. # BE/HMET**
**903 Calle Amanecer**
**San Clamente, CA 92673**


**C & J Lighting Supply**
**1 Sutter Street, # 808**
**San Francisco, CA 94104**


**Caine & Weiner**
**9960 Corporate Campus Dr.**
**Suite 1600**
**Louisville, KY 40223-3008**


**California Travel and Tourism**
**P.O. Box 2007**
**Sacramento, CA 95812-2007**


**California Chamber of Commerce**
**P.O. Box 537016**
**Sacramento, CA 95853-7016**


**California Security Alarms**
**1009 South Claremont Street**
**San Mateo, CA 94402-0445**


**California Carpet**
**1197 Folsom Street**
**San Francisco, CA 94103**


**Centerline Capital Group**
**P.O. Box 730929**
**Dallas, TX 75373-0929**

**Citi-Networking Group**
536 Leavenworth # 1
San Francisco, CA 94109


**Cole Hardware**
3312 Mission Sreet
San Francisco, CA 94110


**Contact USA**
10923 NW 18th Place
Plantation, FL 33322


**Cornely Company**
1127 Mission Street
San Francisco, CA 94103


**Courtesy Products Corporations**
P.O. Box 17488
St. Louis, MO 63178


**Crest/Good**
325 Underhill Blvd.
P.O. Box 468
Syosset NY, 11791-0468


**Crist Elliott Machette, Inc.**
3697 Mt. Diablo Blvd
Lafayette, CA 94549


**Cypress Insurance Company**
Dept. 6750
Los Angeles, CA 90084-6750

Dept. of Parking & Traffic
1 South Vanness Ave, 7th Floor
San Francisco, CA 94103-5417


Directv
P.O. Box 60036
Los Angeles, CA 90060-0036


Dispensers Unlimited
1313 Williams Street, Suite 1205
Denver, CO 80218


Diversified Computer Corp.
P.O. Box 2393
Seattle, WA 98111-2393


DZH Phillips, LLP
33 New Montgomery St. Suite 1530
San Francisco, CA 94105


Execupark Incorporated
700 So. Claremont St.
Suite 103-A
San Mateo, CA 94402


Expovision Inc.
3141 Fairview Park Dr.
Falls Church, VA 22042


E-Z Tel, Inc.
P.O. Box 2241
Livermore, CA 94551-2241

**EzYield.Com**
481 N. S.R. 434, Suite 117
Altamonte Springs, FL 32714


**Federal Express Corp.**
P.O. Box 7221
Pasadena, CA 91109-7321


**G M Air-Conditioning & Heating**
129 Santa Barbara Avenue
Daly City, CA 94014


**Golden Fate Debris Box Service**
P.O. Box 7360
San Francisco, CA 94120-7360


**Golden Gate Disposal**
Acct. # 010539064
P.O. Box 60846
Los Angeles, CA 90060-0846


**Grainer**
Dept. 828989178
Palatine, IL 60038-0001


**Graybar Financial Services**
Acct. # 046-0020775-000
22442 Network Place
Chicago, IL 60673-1224


**"Green" Hotels Association**
P.O. Box 420212
Houston, TX 77242-0212

Guest Supply
P.O. Box 824700
Philadelphia, PA 19182-4700


Haruko Maekawa
12314 Huson Street
Valley Village, CA 91607


Hartle Media Ventures LLC
59 Grant Avenue, 4th Floor
San Francisco, CA 94108


HDMC Group, LLC
3365 E Flamingo Road, Suite 5
Las Vegas, NV 89121


HD Supply facilities
P.O. Box 509058
San Diego, CA 92150-9058


H.E.R.E. Local 2
209 Golden Gate Avenue
San Francisco, CA 94102


Hospitality Careers Online Inc.
c/o Comerica Bank
P.O. Box 673682
Detroit, MI 48267-3682


Hotel Reservations Service
P.O. Box 635960
Cincinnati, OH 635960

Hotel Metropolis
Petty Cash Reimbursement
25 Mason Street
San Francisco, CA 94102


Hotel Travel Check.Com
P.O. Box 2284
El Segundo, CA 90245


Ikon Financial Services
P.O. Box 650073
Dallas, TX 75265-0073


Ikon Office Solutions
P.O. Box 31001-0850
Pasadena, CA 91110-0850


Instinct Publishing
303 N. Glenoaks, Ste L120
Burbank, CA 91502


Intelligent Technologies & Services, Inc.
1031 Serpentine Lane, Ste 101
Pleasanton, CA 94566


JC Paper
P.O. Box 49052
San Jose, CA 95161


Kaiser Foundation Health Plan
File Number 73030
P.O. Box 60000
San Francisco, CA 94160

Kelly Chamberlin
245 Laussat Street
San Francisco, CA 94117


KH Sales & Marketing LLC
202 N. Canon Drive, 2nd Floor
Beverly Hills, CA 90210


Koni Corporation
9654 Sempre Viva Road
San Diego, Ca  92154


Leggett Platt, L&P Financial Services
P.O. Box 952092
St. Louis, MI  63159


Lilia Calvario
c/o Hotel Metropolis
114 Powell Street
San Francisco, CA  94102


Littler Mendelson, P.C.
P.O. Box 45547
San Francisco, CA  94145-0547


Lodgenet Interactive Corp.
3900 West Innovation Street
Sioux Falls, SD  57107-7002


Lodging Supply Inc.
P.O. Box 131115
St. Paul, MN  55113

Maintenance U.S.A.
P.O. Box 2317
Jacksonville, FL  32202-2317


Mark Plumbing Parts
P.O. Box 121554
Fort Worth, TX  76121


Maurice B. Pilosof, Esq.
Attorney at Law
P.O. Box 691937
Los Angeles, CA  90069-8937


Met life
P.O. Box 804466
Kansas City, MI  64180


Metro Cleaners
989 Post Street
San Francisco, CA  94109


Modern Drapery, Inc.
2655 Barrington Court
Hayward, CA  94545


Mr. Expresso
696 Third Street
Oakland, CA  94607


Muzak Corp.
3318 Lakemount Blvd.
Fort Mill, SC  29708

National Furniture Liquidation
845 Embarcadero
Oakland, CA  94606


Newcal Industries
3266 Buskirk Avenue
Pleasant hill, CA  94523


Noise 13
599 Third Street, 3301
San Francisco, CA  94107


Oberon Design & MFG., Inc.
1078 Illinois Street
San Francisco, CA  94107


Office Depot
P.O. Box 70025
Los Angeles, CA  90074-0025


PAC
Pacific Access Contractors Inc.
2860 Spring Street, Suite 7
Redwood City, CA  94063-3531


Paramount Elevator Corporation
2171 Harbor Bay Freeway
Alameda, CA  94502-3019


Peerless General Supply
156 Leavenworth Street
San Francisco, CA  94102

**Peninsula Fire Protection**
1450 Crestwood Drive $8
San Bruno, CA  94066


**P.G. & E**
Acct. # 7987223070-5
P.O. Box 997300
Sacramento, CA  95899-7300


**Prinova Co., Inc.**
Acct. # 4025891
c/o County Bank
P.O. Box 1089
San Jose, CA  95108-1089


**RD Travel Limited, Inc.**
6 NE Briarcliff Road
P.O. Box 165414
Kansas City, MO  64116


**R.W. Smith & Co.**
P.O. Box 51847
Los Angeles, CA  90051-6147


**Saflok**
P.O. Box 890247
Charlotte, NC  28289-0247


**San Diego Concierge**
4379 30th Street, Suite #4
San Diego, CA  92104

San Francisco Tax Collector
Business Taxes Division
Acct. # 417495
P.O. Box 7425
San Francisco, CA  94102-7425


San Francisco Chronicle
P.O. Box 7018
San Francisco, CA  94120-7018


San Francisco Fire Department
Bureau of Fire Prevention
698 2nd Street, Room 109
San Francisco, CA  94107-2015


San Francisco Patrol
Special Police
P.O. Box 77307
San Francisco, CA  94107-0307


SF CBSE Welf/Pens Trust Fund
L. Carder LLP, Funds Counsel
1330 Broadway, Suite 1450
Oakland, CA  94612


Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL  60673-3050


Service West
1157 Chess Drive, Suite 106
Foster City, CA  94404

S.F. Culinary Trust Fund
P.O. Box 4735
Hayward, CA  94540-4735


SFCVB
201 Third Street, Suite 900
San Francisco, CA  94103-3185


SFPUC- Water
Acct. # 1599810000
P.O. Box 7369
San Francisco, CA  94120-7369


SFPUC- Water
Acct. # 7559810000
P.O. Box 7369
San Francisco, CA  94120-7369


Shift 4
1491 Center Crossing Road
Las Vegas, NV  89144


Showcase Flowers
325 Mason Street
San Francisco, CA  94102


Smart Hospitality Corporation
P.O. Box 6937
Visalia, CA  93290-6937


Staples Business Advantage
P.O. Box 530621
Atlanta, GA  30353-0621

Star Elevator, Inc.
1300 Industrial Road, #4
San Carlos, CA  94070


State of California
Franchise Tax Board
Acct. # 417495
P.O. Box 942867
Sacramento, CA  94267-0011


Steritech
P.O. Box 472127
Charlotte, NC  28247


Superior Automatic Sprinkler
308 Sango Court
Milpitas, CA  95035-6821


Swingle, Collins & Associates
13760 Noel Road, Suite 600
Dallas, TX  75240


Sysco – San Francisco
P.O. Box 5019
Fremont, CA 94537


Tablet Hotels
6 West 18th Street, 3rd Floor
New York, NY 10011


Tad's Steak House
120 Powell Street
San Francisco, CA 94102

Tax Collector
Business Taxes Section
Tax ID # 208640095-01-01-001
P.O. Box 7425
San Francisco, CA 94120


Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274


The Costal Traveler Inc.
P.O. Box 210
Point Reyes Station, CA 94956


The Curtis Group
P.O. Box 1304
San Mateo, CA 94401


The Window Specialist, Inc.
2998 Ford Street
Oakland, CA94601-2821


Tour Connection, Inc.
125 Walnut
Rochester, MI 48307


American Academy of Ophthalmology
Attn: Stephanie Zundel
655 Beach Street.
San Francisco, CA 94109


Travelclick, Inc.
2193 Payshere Circle
Chicago, IL 60674

Tri-Signal Integration, Inc.
12701 Encinitas Avenue
Sylmar, CA 91342


Ultra-Chem Inc.
P.O. Box 3717
Shawnee Mission, KS 66203-0717


Union Square Association
Association Office
323 Geary Street, Suite 408
San Francisco, CA 94102


United States Treasury
Ogden, UT 84201-0039


USA-Fact
6200 Box Springs Blvd.
Riverside, CA 92507


USA Today
P.O. Box 79782
Baltimore, MD 21279-0782


USFI, Inc
12100 Ford Road, Suite 100
Dallas, TX 75234


Valley Forge Fabrics Inc.
2981 Gateway Drive
Pompano Beach, FL 33069

**Vignola Hospitality Resources**
**5220 Business 50 West**
**Jefferson City, MO 65109**


**Virtual-Agent Services, Inc.**
**1920 N. Thoreau Dr., Ste. 116**
**Schaumburg, IL 60173**


**West Coast Valet Services**
**855 Malcolm Road**
**Burlingame, CA 94010**


**Worldwide Payment Systems**
**Torneo, 27.41002**
**Sevilla, Spain**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Hotel Metropolis II, LLC, Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Centerline Capital Group P.O. Box 730929 Dallas, TX 75373-0929 | Borrower Number 208640095 Loans: 11-0001045 & 11-11-0001046 Borrower Number 208643933 Loan: 11-0001186 972-868-5300 | Debt/Loan | | | | | 4,039,525.65 |

---

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

1

487542v.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T T O S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| SF Culinary Trust Fund<br>P.O. Box 4735<br>Hayward, CA 94540-4735 | Leonard Carder, LLP<br>Christine S. Hwang<br>1330 Broadway Suite 1450<br>Oakland, CA 94612<br>510-272-0169 | Accounts Payable – Union Health & Welfare & Pension benefits – Settlement past due and current 01/2010 & 02/2010 | | | | | 118,243.96 |
| San Francisco Tax Collector<br>Business Tax Section<br>PO Box 7425<br>San Francisco, CA 94120-7425 | Business Tax ID:<br>208640095-01-01-001<br>Certificate: 417495<br>Susanna Chang<br>415-554-4400 | Accounts Payable – Hotel occupancy tax & SFTID Tourism assessment & SF Payroll tax | | | | | 30,401.93 |
| Jessie M Dela Cruz<br>29327 Chance Street<br>Hayward, CA 94544 | same | Employee, Vacation Accrual | | | | | 8,260.00 |
| PG&E<br>BOX 997300<br>Sacramento, CA 95899-7300 | Account Number 7987223070-5<br>Customer Service: 1-800-648-4743 | Accounts Payable | | | | | 6,954.90 |
| Berkshire Hathaway Homestate Companies – Cypress Insurance Company<br>Dep. 6750<br>Los Angeles CA, 90084-6750 | Agent /Broker:<br>GallagherCrist Elliott Marchette Insurance Broker<br>Arthur J Gallagher & Co<br>3697 Mt Diablo Blvd Suite 300<br>Lafayette, CA 94549<br>Direct: 925-298-9227 | Accounts Payable – Workers Comp insurance Installment Payments | | | | | 4,892.04 |
| SFPUC<br>PO Box 7369<br>San Francisco, CA 94120-7369 | Account 7559810000<br>415-551-3000 | Accounts Payable | | | | | 4,772.77 |
| Lilia Calvario<br>724 Lewelling Blvd. Apt 232<br>San Leandro, CA 94579 | same | Employee, Vacation Accrual | | | | | 3,846.01 |

2

487542v.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T T O S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| AICCO, Inc (Imperial Credit Corp) Dept. 7615 Los Angeles, CA 90084-7615 | Agent /Broker: GallagherCrist Elliott Marchette Insurance Broker Arthur J Gallagher & Co 3697 Mt Diablo Blvd Suite 300 Lafayette, CA 94549 Direct: 925-298-9227 | Financing of General Liability & Property Insurance – monthly installment payments | | | | | 3,165.54 |
| Execupark 700 So. Claremont St Suite 103-A San Mateo, CA 94402 | William E. Merringer 650-401-7600 | Accounts Payable | | | | | 2,602.50 |
| Marta Guadalupe Hernandez 1129 Burnwood Way Antioch, CA 94509 | same | Employee, Vacation Accrual | | | | | 2,388.33 |
| TravelClick 300 N Martingale Suite 500 Schaumburg IL 60173 | Account HID-14475 B-105416 Lisa Baketz 847-585-5202 847-585-5000 | Accounts Payable | | | | | 2,600.00 |
| AT&T Payment Center Sacramento, CA 95887-0001 | Account 960-756-4189 565 9 800-288-2020 800-555-5920 | Accounts Payable | | | | | 1,821.84 |
| Rui Hong Yao 177 Talbert Street San Francisco, CA 94134 | same | Employee, Vacation Accrual | | | | | 1,619.40 |
| Timothy Whiting 1870 Sacramento St #315 San Francisco, CA 94109 | same | Employee, Vacation Accrual | | | | | 1,619.20 |
| Oscar Sanchez 3190 Park Road Redwood City, CA 94063 | same | Employee, Vacation Accrual | | | | | 1,534.56 |

3

487542v.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT * | UNLIQUIDATED * | DISPUTED * | SUBJECT TO SETOFF * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Ching Yee Leung Womg<br>246 Naples Street<br>San Francisco, CA 94112 | same | Employee, Vacation Accrual | | | | | 1,495.88 |
| Blueshield of California<br>File 55331<br>Los Angeles, CA 90074-5331 | Portion for Hotel Metropolis<br>Group number H11930<br>Insurance Broker:<br>Sitzman, Morris & Lavis<br>One Kaiser Plaza, Suite 1101<br>Oakland, CA 94612<br>Mary Clark at  510-452-0458 | Accounts Payable – Health insurance for non-union employees | | | | | 1.471.23 |
| Golden Gate Disposal<br>250 Executive Park Blvd, Suite 2100<br>San Francisco, CA 94134-3306 | Account 010539064<br>415-626-4000<br>Golden Gate Disposal<br>PO Box 60846<br>Los Angeles, CA 90060-0846 | Accounts Payable | | | | | 1,326.46 |

487542v.1

## DECLARATION UNDER PENALY OF PERJURY

## ON BEHALF OF A CORPORATION

I, a Member of the Manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my knowledge.

Dated: March 10, 2010

Frank E. Lembi, Trustee of the Olga Lembi

Residual Trust Created under Provision Three

Of the Lembi Family Revocable Trust